# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Aramark Cleanroom Services LLC | 11/30/2022 | Wire | $ 94,759.06 |
| Akorn Operating Company, LLC | Aramark Cleanroom Services LLC | 1/6/2023 | Wire | $ 121,652.95 |
| Akorn Operating Company, LLC | Aramark Cleanroom Services LLC | 1/20/2023 | Wire | $ 195,482.25 |
| Akorn Operating Company, LLC | Aramark Cleanroom Services LLC | 1/27/2023 | Wire | $ 32,329.85 |
| | | | | $ 444,224.11 |