# **EXHIBIT B**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Aramark Uniform Services (Midwest) | 11/30/2022 | Wire | $ 9,767.47 |
| Akorn Operating Company, LLC | Aramark  Uniform Services (Midwest) | 12/9/2022 | Wire | $ 4,961.14 |
| Akorn Operating Company, LLC | Aramark Uniform Services (Midwest) | 1/6/2023 | Wire | $ 20,478.20 |
| Akorn Operating Company, LLC | Aramark Uniform Services (Midwest) | 1/20/2023 | Wire | $ 13,668.90 |
| Akorn Operating Company, LLC | Aramark Uniform Services (Midwest) | 2/1/2023 | Wire | $ 10,208.92 |
| Akorn Operating Company, LLC | Aramark Uniform Services (Midwest) | 2/14/2023 | Wire | $ 4,965.70 |
| | | | | $ 64,050.33 |