# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[3]<br><br>　　　　Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br>　　　　Plaintiff,<br>　　v.<br>ARAMARK CLEANROOM SERVICES LLC AND ARAMARK UNIFORM SERVICES (MIDWEST) LLC,<br>　　　　Defendants. | Adv. Proc. No. 25-50326 (KBO) |

## CERTIFICATE OF SERVICE

　　I, Evan T. Miller, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the Complaint, Summons and Notice of Dispute Resolution Alternatives was made on April 18, 2025 by:

X　　Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

　　　Aramark Cleanroom Services LLC
　　　c/o CT Corporation System
　　　1515 Market St
　　　Philadelphia, PA 19102

X　　Electronic Mail ("E-Mail"): By e-mailing with defendant or defendant's counsel at the below address:

　　　　sschwager@hawleytroxell.com
　　　　dbray@hawleytroxell.com

☐　　Personal Service: By Leaving the process with defendant or with an officer or agent of

---

[3] The Debtors in the chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

-2-

defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

/s/ Evan T. Miller
Evan T. Miller (DE Bar No. 5364)
SAUL EWING LLP
1201 North Market Street, Suite 2300
Wilmington, DE 19801
(302) 421-6800
Evan.miller@saul.com

Dated: April 18, 2025