IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>                            Plaintiff,<br>      v.<br><br>ARAMARK CLEANROOM SERVICES LLC and ARAMARK UNIFORM SERVICES (MIDWEST) LLC,<br><br>                           Defendants. | <br><br><br><br>Adv. Proc. No. 25-50326 (KBO)<br><br>Re: Adv. D.I. 1 |

## STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADING

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George L. Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, et al. (the "Plaintiff"), and counsel for Aramark Cleanroom Services, LLC ("Aramark Cleanroom") and Aramark Uniform Services (Midwest), LLC ("Aramark Uniform") (collectively, the "Defendants"), hereby stipulate as follows:

1. Plaintiff filed its complaint against Defendants on February 17, 2025 [Adv. D.I. 1] (the "Complaint").

2. This Court issued the summons to the Complaint on Aramark Cleanroom on April 18, 2025 [Adv. D.I. 3].

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

-2-

3. Aramark Cleanroom's deadline to respond to the Complaint was May 19, 2025.

4. This Court issued the summons to the Complaint on Aramark Uniform on May 9, 2025 [Adv. D.I. 6].

5. Aramark Uniform's deadline to respond to the Complaint is June 9, 2025.

6. The parties agree that Defendants shall have through and including July 7, 2025, to answer or otherwise plead to the Complaint.

Dated: June 5, 2025

| **SAUL EWING LLP** | **BAYARD, P.A.** |
|---|---|
| /s/ *Evan T. Miller* | /s/ *Steven D. Adler* |
| Evan T. Miller (DE Bar No. 5364) | Ericka F. Johnson, Esq. (DE Bar No. 5024) |
| Paige N. Topper (DE Bar No. 6470) | Steven D. Adler, Esq. (DE Bar No. 6257) |
| 1201 N. Market Street, Suite 2300 | 600 North King Street, Suite 400 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 421-6800 | Telephone: (302) 429-4274 |
| evan.miller@saul.com | Facsimile: (302) 658-6395 |
| paige.topper@saul.com | ejohnson@bayardlaw.com |
| | sadler@bayardlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |