# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 10, 2025 AT 11:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

**HEARING IS CANCELLED BY PERMISSION OF THE COURT**

> This proceeding will be conducted entirely remotely via Zoom. Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.[3]

1. Scheduling Conference in Adversary Proceedings

    Status:    Status of the Scheduling Conferences identified on Schedule 1.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Amended Agenda items appear in bold text.

[3] After registering your appearance an electronic invitation with the relevant audio or video link will be emailed to you prior to the hearing.

Dated:  July 10, 2025  COZEN O'CONNOR
       Wilmington, Delaware

By:  */s/ John T. Carroll, III*
John T. Carroll, III (DE Bar No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE  19801
(302) 295-2000 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Counsel to George L. Miller,*
*Chapter 7 Trustee*

and

SAUL EWING LLP
Evan T. Miller (DE Bar No. 5364)
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
(302) 421-6800 Phone
evan.miller@saul.com
paige.topper@saul.com

Carmen Contreras-Martinez
(*admitted pro hac vice*)
701 Brickell Avenue
17th Floor
Miami, FL 33131
(305) 428-4500 Phone
carmen.contreras-martinez@saul.com

Ryan F. Coy
(*admitted pro hac vice*)
1888 Century Park East
Suite 1500
Los Angeles, CA 90067
(310) 255-6168 Phone
ryan.coy@saul.com

*Special Counsel to George L. Miller,*
*Chapter 7 Trustee/Plaintiff*

2

# SCHEDULE 1

| **Adversary Actions going forward with Scheduling Conference.** | | | |
|---|---|---|---|
| | **Defendant** | **Adv. No.** | **Status** |
| 1. | Medline Industries, Inc. | 25-50900 | This matter is going forward.  Parties were unable to agree to form of Proposed Scheduling Order. |
| | **Related Documents:** | (a) | **Complaint for (I) Payment of Goods Sold and Delivered, (II) Breach of Contract, (III) Account Stated, and (IV) Unjust Enrichment (in the Alternative [Filed 5/6/2025; Docket No. 1]** |
| | | (b) | **Summons and Notice of Pretrial Conference [Filed 5/13/202; Docket No. 3]** |
| | | (c) | **Notice of Service of Plaintiff's Proposed Scheduling Order [Filed 7/9/2025; Docket No. 6]** |
| | **Objection Deadline:** | | **June 12, 2025** **Extension granted to July 10, 2025** |
| | **Responses Received:** | | **None to date** |
| | **Status:** | | **This matter is going forward.** |

| **Adversary Actions Settled** **Scheduling Conference is not required for the following Defendants.** | | | |
|---|---|---|---|
| | **Defendant** | **Adv. No.** | **Status** |
| 1. | CityMedRx LLC | 25-50519 | A settlement in principle has been reached. The Trustee will be proceeding to file a 9019 Motion for approval. |
| 2. | JAMS Wholesale Distribution Services, LLC | 25-50449 | A settlement in principle has been reached. The Trustee will be proceeding to file a 9019 Motion for approval. |
| 3. | Thrifty Drug Stores, Inc. | 25-50898 | A settlement in principle has been reached. The Trustee will be proceeding to file a 9019 Motion for approval. |

| **Adversary Actions with Agreed Form of Proposed Scheduling Order.** **Scheduling Conference is <u>not</u> required for the following Defendants.** | | | |
|---|---|---|---|
| | **Defendant** | **Adv. No.** | **Status** |
| 1. | Wakefern Food Corp. | 25-50899 | The parties have agreed to a proposed form of Scheduling Order. |
| 2. | Walgreens Boots Alliance, Inc. | 25-50453 | The parties have agreed to a proposed form of Scheduling Order. |

| **Adversary Actions Defaulted or to be Defaulted.** **Scheduling Conference is <u>not</u> required for the following Defendants.** | | | |
|---|---|---|---|
| | **Defendant** | **Adv. No.** | **Status** |
| 1. | H.E. Butt Grocery Co. | 25-50448 | Default entered. The Trustee will proceed to file a Request for Entry of Default Judgment. |
| 2. | Genetco, Inc. | 25-50521 | Default entered. The Trustee will proceed to file a Request for Entry of Default Judgment. |
| 3. | Dixon-Shane, LLC and R & S Northeast LLC | 25-50520 | Default entered. The Trustee will proceed to file a Request for Entry of Default Judgment. |
| 4. | Blupax Pharmaceuticals LLC | 25-50517 | Default entered. The Trustee will proceed to file a Request for Entry of Default Judgment. |
| 5. | Trilogy Eye Medical Group, Inc. | 25-50901 | Default entered. The Trustee will proceed to file a Request for Entry of Default Judgment. |
| 6. | C-Squared Pharma Limited | 25-50124 | The Trustee will proceed to file a Request for Entry of Default and Request for Entry of Default Judgment. |
| 7. | GDL International | 25-50099 | The Trustee will proceed to file a Request for Entry of Default and Request for Entry of Default Judgment. |

LEGAL\78849998\2 6010823/00574256
07/10/2025

**Adversary Actions subject to entered Order Establishing Streamlined Procedures Governing Adversary Proceedings with Total Amount in Controversy Less than or Equal to $75,000.00 Brought by Plaintiff Pursuant to Sections 502, 547, 548 and 550 of the Bankruptcy Code [D.I. 1407]**

**Scheduling Conference is <u>not</u> required for the following Defendants.**

|  | **Defendant** | **Adv. No.** |
|---|---|---|
| 1. | Abaco Steel Products | 25-50227 |
| 2. | ABS Pump Repair, Inc. | 25-50286 |
| 3. | Absolute Plumbing of Long Island, Inc. | 25-50078 |
| 4. | Airmatic Compressor Systems, Inc. | 25-50289 |
| 5. | Alcami Corporation | 25-50229 |
| 6. | Alcus Fuel Oil & Sons, Inc. | 25-50353 |
| 7. | ALKU Technologies, LLC | 25-50231 |
| 8. | Ameren Illinois | 25-50291 |
| 9. | American International Relocation SOL | 25-50089 |
| 10. | Ametek, Inc. | 25-50292 |
| 11. | Amphenol Thermometrics, Inc. | 25-50294 |
| 12. | Apex Material Handling Corp. of IL | 25-50295 |
| 13. | Applied Physics, Inc. | 25-50090 |
| 14. | Aries Global Logistics, Inc. | 25-50297 |
| 15. | Arjay Company d/b/a Veritiv | 25-50260 |
| 16. | Armstrong Relocation & Companies LLC | 25-50091 |
| 17. | Asembia LLC | 25-50092 |
| 18. | Ash Pallet Management LLC | 25-50079 |
| 19. | Axon, LLC | 25-50298 |

| | | |
|---|---|---|
| 20. | Balco Industries, Inc. | 25-50301 |
| 21. | Bana Electrical Testing Corp. | 25-50105 |
| 22. | Biopharm Recruiting Partners | 25-50302 |
| 23. | Boston Analytical, Inc. | 25-50304 |
| 24. | Camfil - DP FiIlters | 25-50093 |
| 25. | CasterDepot, Inc. | 25-50305 |
| 26. | Central Illinois Scale Company | 25-50094 |
| 27. | Chem-Aqua, Inc. | 25-50109 |
| 28. | ChemPoint.com | 25-50113 |
| 29. | Coldchain Technology Services | 25-50081 |
| 30. | ColorCon, Inc. | 25-50245 |
| 31. | Complete Cleaning Company, Inc. | 25-50082 |
| 32. | CompliancePath Ltd. | 25-50355 |
| 33. | Cozzoli Machine Company | 25-50306 |
| 34. | CT Logistic, Inc. | 25-50307 |
| 35. | Curia Global, Inc. | 25-50125 |
| 36. | Dahl Compliance Consulting LLC | 25-50126 |
| 37. | Denovo | 25-50131 |
| 38. | Diligent Corporation | 25-50083 |
| 39. | Direct Energy Business Marketing LLC | 25-50132 |
| 40. | Domino Amjet | 25-50134 |
| 41. | Ecolab, Inc. | 25-50272 |
| 42. | EconDisc Contracting Solutions LLC | 25-50273 |
| 43. | EDI Staffing, Inc. | 25-50274 |

| | | |
|---|---|---|
| 44. | EG Life Sciences LLC | 25-50136 |
| 45. | Elm Freight Handlers, Inc. | 25-50084 |
| 46. | Essential Ingredients, Inc. | 25-50138 |
| 47. | Evisort Inc. | 25-50275 |
| 48. | Evoqua Water Technologies LLC | 25-50086 |
| 49. | Eye Med Vision Care | 25-50276 |
| 50. | Filamatic | 25-50341 |
| 51. | Freyr, Inc. | 25-50154 |
| 52. | Gentinge USA Sales LLC | 25-50277 |
| 53. | Gordon Flesch Co, Inc. | 25-50158 |
| 54. | Government Counsel LLC | 25-50278 |
| 55. | Heritage Packaging LLC | 25-50133 |
| 56. | Hudson Valley Plastics | 25-50139 |
| 57. | IES Engineers | 25-50141 |
| 58. | IMA North America, Inc. | 25-50252 |
| 59. | IMCD Group | 25-50144 |
| 60. | Interior Specialty Construction | 25-50147 |
| 61. | Intertek | 25-50280 |
| 62. | Iron Mountain Incorporated | 25-50087 |
| 63. | JDK Group Solutions LLC | 25-50281 |
| 64. | JDLR Consulting, LLC | 25-50282 |
| 65. | Johnson Controls Fire Protection LP | 25-50257 |
| 66. | Johnson Controls Security Solutions | 25-50259 |
| 67. | JP Paradise Landscaping LLC | 25-50283 |

| | | |
|---|---|---|
| 68. | Keyspan Gas East Corporation d/b/a Nati | 25-50344 |
| 69. | Kirby Risk Corporation | 25-50264 |
| 70. | Kraft Chemical Company | 25-50285 |
| 71. | Lentz Milling Company LLC | 25-50288 |
| 72. | Liquent LLC | 25-50165 |
| 73. | Lonza Biosciences | 25-50166 |
| 74. | Managed Healthcare Associates | 25-50168 |
| 75. | Martin Petersen Company, Inc. | 25-50287 |
| 76. | Matheson Tri-Gas, Inc. | 25-50290 |
| 77. | Matrix Absence Management, Inc. | 25-50170 |
| 78. | McCrone Associates, Inc. | 25-50293 |
| 79. | Mettler Toledo Rainin | 25-50171 |
| 80. | MSDS Online, Inc. | 25-50296 |
| 81. | North American Corporation of IL | 25-50111 |
| 82. | North Shore Gas | 25-50300 |
| 83. | Optima Machinery Corp. | 25-50142 |
| 84. | Otis Elevator | 25-50114 |
| 85. | Oxford Global Resources, LLC | 25-50303 |
| 86. | Pavemaster Asphalt & Sealing, Inc. | 25-50308 |
| 87. | PDQ Communications Inc. | 25-50331 |
| 88. | Performance Validation, Inc. | 25-50309 |
| 89. | Phenomenex, Inc. | 25-50161 |
| 90. | Power Supply of Illinois, Inc. | 25-50310 |
| 91. | PPC Flexible Packaging, LLC | 25-50313 |

| | | |
|---|---|---|
| 92. | Premier Group | 25-50314 |
| 93. | Provident Life and Accident Ins. Co. | 25-50315 |
| 94. | Quincy Compressor LLC | 25-50311 |
| 95. | Ricky Simms Cleaning Service, LLC | 25-50193 |
| 96. | Ricoh IT Services f/k/a MindSHIFT Techn | 25-50195 |
| 97. | Rite Hite Arbon Equipment | 25-50312 |
| 98. | Robert Half Management Resources | 25-50197 |
| 99. | RX Sourcing | 25-50199 |
| 100. | SafetyCall International | 25-50316 |
| 101. | Sannova Analytical, Inc. | 25-50200 |
| 102. | Scisafe, Inc. | 25-50201 |
| 103. | Sigma Aldrich | 25-50117 |
| 104. | Solar Winds | 25-50205 |
| 105. | Sonitrol | 25-50317 |
| 106. | Sotax Corp | 25-50206 |
| 107. | Spacekraft | 25-50358 |
| 108. | Spectrum Chemical MFG. Corp. | 25-50318 |
| 109. | Steriline North America, Inc. | 25-50119 |
| 110. | Syntegon Technology Services, Inc. | 25-50211 |
| 111. | System One Holdings, LLC | 25-50210 |
| 112. | Tergus Pharma, LLC | 25-50208 |
| 113. | Thermo Electron NA | 25-50319 |
| 114. | TSO General Corp. | 25-50321 |
| 115. | UL Verification Services, Inc. | 25-50216 |

| | | |
|---|---|---|
| 116. | United Cooling & Refrigeration, Inc. | 25-50122 |
| 117. | Vaisala, Inc. | 25-50218 |
| 118. | Vertex, Inc. | 25-50359 |
| 119. | Video Jet Technologies, Inc. | 25-50223 |
| 120. | W.W. Grainger, Inc. | 25-50333 |
| 121. | Waters Technologies Corp. | 25-50219 |
| 122. | Watson Marlow, Inc. | 25-50202 |
| 123. | Wilkens-Anderson Company | 25-50224 |
| 124. | Windstream d/b/a Paetec | 25-50123 |
| 125. | Winters Bros Hauling | 25-50242 |
| 126. | Wissen Digital Inc. | 25-50221 |
| 127. | Xellia Pharma | 25-50225 |
| 128. | Zatkoff Seals & Packaging | 25-50322 |

8

**Adversary Actions subject to entered Order Establishing Streamlined Procedures Governing Adversary Proceedings with Total Amount in Controversy Less Greater than $75,000.00 Brought by Plaintiff Pursuant to Sections 502, 547, 548 and 550 of the Bankrutpcy Code [D.I. 1408]**

**Scheduling Conference is not required for the following Defendants.**

|     | **Defendant** | **Adv. No.** |
| --- | --- | --- |
| 1.  | AEP Energy | 25-50228 |
| 2.  | Aflac Premium Holding | 25-50096 |
| 3.  | Agilent Technologies | 25-50098 |
| 4.  | Amber International | 25-50253 |
| 5.  | Andon Brush Company, Inc. | 25-50232 |
| 6.  | Apexus LLC | 25-50100 |
| 7.  | Aptar Pharma, a Division of APTAR Group, Inc. | 25-50244 |
| 8.  | Aramark Cleanroom Services LLC and Aramark Uniform Services (Midwest) LLC | 25-50326 |
| 9.  | Ashland Specialty Ingredients GP | 25-50102 |
| 10. | Benchmark Products LLC | 25-50235 |
| 11. | Berlin Packaging LLC | 25-50258 |
| 12. | Blue Mountain Quality Resources | 25-50108 |
| 13. | Catalent Micron Technologies Inc. and Catalent RTP | 25-50323 |
| 14. | Cedar Brook 5 Corporate Center LP | 25-50236 |
| 15. | Cencoria, Inc. f/k/a Amerisourcebergen Drug Corporation | 25-50362 |
| 16. | Chicago Infill Industrial Properties LP | 25-50116 |
| 17. | Cintas Corporation a/k/a Cintas Garment 780, Cintas Corporation, and Cintas Corporation a/k/a Cintas Garment | 25-50327 |

9

| | | |
|---|---|---|
| 18. | Colbert Packaging Corporation | 25-50129 |
| 19. | Comar LLC | 25-50246 |
| 20. | Delta Dental of Illinois | 25-50130 |
| 21. | Disc Graphics, Inc. d/b/a Oliver, Inc. | 25-50337 |
| 22. | EMD Millipore | 25-50137 |
| 23. | Empire Freight Logistics | 25-50248 |
| 24. | Exela Pharma Sciences | 25-50145 |
| 25. | Federal Compliance Solutions, LLC | 25-50250 |
| 26. | Fisher Scientific Company, LLC | 25-50148 |
| 27. | Flavine North America, Inc. | 25-50095 |
| 28. | Freudenberg Medical, LLC | 25-50150 |
| 29. | Frontier Technology, LLC | 25-50251 |
| 30. | Gardaworld Security Services | 25-50097 [1] |
| 31. | Gerresheimer Glass, Inc. | 25-50155 |
| 32. | Golden State Medical Supply, Inc. | 25-50388 |
| 33. | Henderson Constructors, Inc. | 25-50338 |
| 34. | Holland Applied Technologies Inc. | 25-50135 |
| 35. | International Molasses Corp. | 25-50256 |
| 36. | Intralinks Inc. | 25-50151 |
| 37. | Kuehne & Nagel Services LTD | 25-50265 |
| 38. | LaSalle Network | 25-50156 |
| 39. | Leadiant Biosciences, Inc. | 25-50160 |

---

[1] **Stipulation Regarding Order Establishing Streamlined Procedures Governing Adversary Proceedings with Total Amount in Controversy Greater than $75,000 Brought by Plaintiff Pursuant to Sections 502, 547, 548, and 550 of the Bankruptcy Code [Filed 7/8/3035; Adv. D.I. 5].**

| 40. | Microage Technology Services, LLC | 25-50339 |
|---|---|---|
| 41. | Mikart, LLC | 25-50101 |
| 42. | Mini Graphics, Inc. | 25-50172 |
| 43. | MJS Packaging | 25-50266 |
| 44. | Model N, Inc. | 25-50103 |
| 45. | Monarch Strategic HR Consulting and Coaching, LLC | 25-50324 |
| 46. | Moody's Investor Service | 25-50173 |
| 47. | MS Packaging & Supply Distribution Corp. | 25-50343 |
| 48. | MSI Blue | 25-50174 |
| 49. | Multi Packaging Solutions International Limited | 25-50239 |
| 50. | Napp Technologies | 25-50104 |
| 51. | Navisite LLC | 25-50106 |
| 52. | Nipro Pharmapackaging Americas Corp. | 25-50106 |
| 53. | NSF Health Sciences LLC | 25-50112 |
| 54. | Package Development Company, Inc. | 25-50143 |
| 55. | Pall Corporation | 25-50149 |
| 56. | Patheon Pharma | 25-50152 |
| 57. | Pharmaceuticals Returns Service | 25-50157 |
| 58. | PharmaPorts LLC | 25-50345 |
| 59. | Platinum Press, Inc. | 25-50115 |
| 60. | PPD Development LP | 25-50164 |
| 61. | Premier Healthcare Alliance | 25-50348 |
| 62. | Pride Chemical Solutions of N.J., Inc. | 25-50268 |
| 63. | Primera Analytical Solutions Corp. | 25-50167 |

11

| 64. | Propharma Group LLC | 25-50169 |
|---|---|---|
| 65. | PSE&G and PSEG Long Island LLC | 25-50325 |
| 66. | Qualanex, LLC | 25-50188 |
| 67. | Randstad US, LLC | 25-50192 |
| 68. | Reliance Standard Life Insurance d/b/a Reliance Matrix | 25-50190 |
| 69. | S.G.D. SA d/b/a S.G.D. Pharma, Inc., and S.G.D North America, Inc. | 25-50328 |
| 70. | SGS North America, Inc. | 25-50349 |
| 71. | Siegfried USA, Inc. | 25-50204 |
| 72. | SST Corporation | 25-50352 |
| 73. | Standard & Poors Ratings Services LLC | 25-50203 |
| 74. | Sterigenics U.S. LLC, Nelson Laboratories Boseman LLC, and Nelson Labs Fairfield, Inc. Sotera Health Companies | 25-50332 |
| 75. | Steris Isomedix Services, Inc. and Steris Corp. | 25-50329 |
| 76. | Stira Pharmaceuticals, LLC | 25-50207 |
| 77. | Syneos Health Consulting | 25-50269 |
| 78. | The Training Center Group LLC | 25-50213 |
| 79. | Tucker Company Worldwide, Inc. | 25-50214 |
| 80. | United Parcel Service | 25-50230 |
| 81. | United States Pharmacopeial Convention, Inc. | 25-50212 |
| 82. | UPS Supply Chain Solutions Inc. | 25-50233 |
| 83. | Veeva Systems, Inc. | 25-50220 |
| 84. | Veolia es Technical Solutions | 25-50222 |
| 85. | Veronica Development Associates LLC | 25-50238 |
| 86. | Vizient Supply LLC | 25-50240 |

| 87. | VWR International | 25-50217 |
| --- | --- | --- |
| 88. | Walgreen Co. and Walgreens Boots Alliance, Inc. | 25-50387 |
| 89. | West Pharma Services | 25-50241 |
| 90. | Westrock | 25-50351 |
| 91. | Woodstock Sterile Sol. | 25-50243 |