# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>Plaintiff,<br>v.<br><br>ARAMARK CLEANROOM SERVICES LLC and ARAMARK UNIFORM SERVICES (MIDWEST) LLC,<br><br>Defendants. | Adv. Proc. No. 25-50326 (KBO) |

## NOTICE OF SERVICE

I, Ericka F. Johnson, hereby certify that on July 11, 2025, a copy of the *Defendant's Rule 26 Initial Disclosures* was served via electronic mail on the parties listed below:

**SAUL EWING LLP**
Evan T. Miller
Paige Topper
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Email: evan.miller@saul.com; page.topper@saul.com

Michelle G. Novick
161 North Clark Street, Suite 4200
Chicago, IL 60601
Email: michelle.novick@saul.com

Turner N. Falk
1500 Market Street, 38th Fl.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

Philadelphia, PA 19102
Email: turner.falk@saul.com


Dated: July 11, 2025
       Wilmington, Delaware

                      **BAYARD, P.A.**

                      */s/ Ericka F. Johnson*
                      Ericka F. Johnson, Esq. (DE Bar No. 5024)
                      Steven D. Adler, Esq. (DE Bar No. 6257)
                      600 North King Street, Suite 400
                      Wilmington, Delaware 19801
                      Telephone: (302) 655-5000
                      Facsimile: (302) 658-6395
                      Email: ejohnson@bayardlaw.com
                                sadler@bayardlaw.com

                      *Counsel for Defendant*