## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | Case No. 23-10253 (KBO) (Jointly Administered) |
| Debtors. | |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*, | |
| Plaintiff, | Adv. Proc. No. 25-50326 (KBO) |
| v. | |
| ARAMARK CLEANROOM SERVICES LLC and ARAMARK UNIFORM SERVICES (MIDWEST) LLC, | |
| Defendants. | |

### CORPORATE OWNERSHIP STATEMENT OF VESTIS CLEANROOM SERVICES (F/K/A ARAMARK CLEANROOM SERVICES LLC)

Pursuant to Fed. R. Bankr. P. 7007.1, Vestis Cleanroom Services (f/k/a Aramark Cleanroom Services LLC), by and through its undersigned counsel, hereby states that Aramark Cleanroom Services LLC is now named Vestis Cleanroom Services, which is a division of Vestis Services, LLC. Vestis Corporation is the indirect parent corporation of Vestis Services, LLC through Vestis Uniforms and Workplace Supplies, Inc.

*[signature page follows]*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

Dated: July 28, 2025
      Wilmington, Delaware

**BAYARD, P.A.**

*/s/ Steven D. Adler*
Ericka F. Johnson, Esq. (DE Bar No. 5024)
Steven D. Adler, Esq. (DE Bar No. 6257)
600 North King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile:  (302) 658-6395
Email: ejohnson@bayardlaw.com
       sadler@bayardlaw.com

*Counsel for Defendant*