**CERTIFICATE OF SERVICE**

      I, Steven D. Adler, hereby certify that on July 28, 2025, a true and correct copy of the foregoing was served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case and the parties listed below via electronic mail.

SAUL EWING LLP
Evan T. Miller
Paige N. Topper
1201 N. Market St, Suite 2300
Wilmington, DE 19801
Email: evan.miller@saul.com
       paige.topper@saul.com

SAUL EWING LLP
Michelle Novick
161 North Clark
Suite 4200
Chicago, IL 60601
Email: michelle.novick@saul.com

SAUL EWING LLP
Turner N. Faulk
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Email: turner.falk@saul.com

                        */s/ Steven D. Adler*
                        Steven D. Adler (No. 6257)