## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>ARAMARK CLEANROOM SERVICES LLC and ARAMARK UNIFORM SERVICES (MIDWEST) LLC,<br><br>Defendants. | Adv. Proc. No. 25-50326 (KBO) |

## NOTICE OF SERVICE

I, Steven D. Adler, hereby certify that on July 28, 2025, a copy of *Defendant Vestis Cleanroom Services' (f/k/a Aramark Cleanroom Services LLC) Interrogatories, Requests for Production of Documents, and Requests for Admissions* was served via electronic mail on the parties listed below:

SAUL EWING LLP
Evan T. Miller
Paige N. Topper
1201 N. Market St, Suite 2300
Wilmington, DE 19801
Email: evan.miller@saul.com
       paige.topper@saul.com

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

SAUL EWING LLP
Michelle Novick
161 North Clark
Suite 4200
Chicago, IL 60601
Email: michelle.novick@saul.com

SAUL EWING LLP
Turner N. Faulk
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Email: turner.falk@saul.com

Dated: July 28, 2025
Wilmington, Delaware

**BAYARD, P.A.**

By: */s/ Steven D. Adler*
Ericka F. Johnson, Esq. (DE Bar No. 5024)
Steven D. Adler, Esq. (DE Bar No. 6257)
600 North Market Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Email: ejohnson@bayardlaw.com
           sadler@bayardlaw.com

*Counsel for Defendant*