# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>        Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>        Plaintiff,<br><br>v.<br><br>ARAMARK CLEANROOM SERVICES, LLC and ARAMARK UNIFORM SERVICES (MIDWEST), LLC,<br><br>        Defendants. | Adv. Proc. No. 25-50326 (KBO) |

## NOTICE OF SERVICE

I, Evan T. Miller, hereby certify that, on July 28, 2025, a copy of the Plaintiff's First Set of Interrogatories, Request for Production of Documents and Request for Admissions to Defendant Aramark Cleanroom Services LLC was served via E-Mail on the parties below:

| *E-Mail*<br>Ericka F. Johnson<br>Bayard, P.A.<br>600 N. King Street, Suite 400<br>P.O. Box 25130<br>Wilmington, DE 19899<br>ejohnson@bayardlaw.com' | *E-Mail*<br>Steven Adler<br>Bayard, P.A.<br>600 N. King Street, Suite 400<br>P.O. Box 25130<br>Wilmington, DE 19899<br>sadler@bayardlaw.com |
|---|---|

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

Dated: July 29, 2025　　　　　　　**SAUL EWING LLP**

By: */s/ Evan T. Miller*
　　　Evan T. Miller (DE Bar No. 5364)
　　　Paige N. Topper (DE Bar No. 6470)
　　　1201 N. Market Street, Suite 2300
　　　Wilmington, DE 19801
　　　Telephone: (302) 421-6800
　　　evan.miller@saul.com
　　　paige.topper@saul.com

　　　and

　　　Ryan F. Coy (admitted *pro hac vice*)
　　　1888 Century Park East, Suite 1500
　　　Los Angeles, CA 90067
　　　Telephone: (310) 255-6168
　　　ryan.coy@saul.com

　　　*Counsel to Plaintiff*