IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>ARAMARK CLEANROOM SERVICES, LLC and ARAMARK UNIFORM SERVICES (MIDWEST), LLC,<br><br>Defendants. | Adv. Proc. No. 25-50326 (KBO)<br><br>**Re: Adv. D.I. 3, 7, 8, & 13** |

**STIPULATION REGARDING DISCOVERY RESPONSE DEADLINE**

WHEREAS, on April 18, 2025, George Miller, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company, LLC ("Plaintiff") issued the *Summons and Notice of Pretrial Conference* ("Summons") [D.I. 3] in the above-captioned adversary proceeding on Defendant Aramark Cleanroom Services, LLC ("Defendant" and, together with Plaintiff, the "Parties");

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

WHEREAS, on June 5, 2025, the Parties filed their *Stipulation to Extend Time for Responsive Pleading* [D.I. 7] with the United States Bankruptcy Court for the District of Delaware ("Court") pending the Court's consideration of the Plaintiff's proposed form of scheduling order;

WHEREAS, on June 11, 2025, the Court entered the *Order Establishing Streamlined Procedures Governing Adversary Proceedings With Total Amount in Controversy Greater Than $75,000.00 Brought by Plaintiff* (the "Procedures Order") [D.I. 8] which, among other things, extended Defendant's deadline to answer, move or otherwise respond to the Complaint to ninety days after the issuance of the Summons and also extended the Parties' deadline to respond to interrogatories, document production, and requests for admissions to sixty (60) days after service.

WHEREAS, on July 17, 2025, the Defendant filed its Answer and Affirmative Defenses [D. I. 13].

WHEREAS, on July 28, 2025, the Parties each served their respective First Set of Interrogatories, Request for Production of Documents and Request for Admissions ("Discovery").

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE THAT:

1. The above recitals are true and correct and are incorporated by reference.

2. Pursuant to the Procedures Order ¶ 47, Plaintiff and Defendant hereby stipulate that all Discovery response deadlines are further extended by an additional thirty (30) days.

Dated: September 11, 2025

| **SAUL EWING LLP** | **BAYARD, P.A.** |
|---|---|
| /s/ *Evan T. Miller* | /s/ *Steven D. Adler* |
| Evan T. Miller (DE Bar No. 5364) | Ericka F. Johnson, Esq. (DE Bar No. 5024) |
| Paige N. Topper (DE Bar No. 6470) | Steven D. Adler, Esq. (DE Bar No. 6257) |
| 1201 N. Market Street, Suite 2300 | 600 North King Street, Suite 400 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 421-6800 | Telephone: (302) 429-4274 |

| | |
|---|---|
| evan.miller@saul.com<br>paige.topper@saul.com<br><br>*Counsel for Plaintiff* | Facsimile: (302) 658-6395<br>ejohnson@bayardlaw.com<br>sadler@bayardlaw.com<br><br>*Counsel for Defendant* |